# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 20-cv-0861-WJM-KLM

MIKE BOULTER,
BOULTER, LLC,
RALPH NIX PRODUCE, INC., and
BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,

Plaintiffs,

v.

NOBLE ENERGY, INC., and
KERR-MCGEE OIL & GAS ONSHORE, LP,

Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motions to Dismiss [ECF 58] entered by Judge William J. Martínez on February 17, 2021, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant Noble Energy, Inc.'s Motion to Dismiss [ECF 23] is granted. It is further

ORDERED that Plaintiffs' claims against Noble Energy, Inc. are dismissed without prejudice for lack of subject-matter jurisdiction. It is further

ORDERED that Defendant Kerr-McGee Oil & Gas Onshore, LP's Motion to Dismiss [ECF 24] is granted. It is further

ORDERED that Plaintiffs' claims against Kerr-McGee Oil & Gas Onshore, LP are dismissed without prejudice for lack of subject-matter jurisdiction. It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED at Denver, Colorado this 17th day of February, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/A. Frank
    A. Frank, Deputy Clerk